**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
|    **Capones Hideaway Lodge Inc.** | ) | **CASE NO. 09-4937** |
| | ) | **CHAPTER 11** |
|    **Debtor.** | ) | **Judge Sonderby** |

**NOTICE SETTING HEARING ON**
**DEBTOR'S MOTION FOR USE OF CASH COLLATERAL**

**TO: THE TWENTY LARGEST CREDITORS, THE U.S. TRUSTEE AND OTHER PARTIES IN INTEREST**

     A MOTION FOR ENTRY OF INTERIM ORDER APPROVING USE OF CASH COLLATERAL AND TO SET HEARING FOR FINAL AUTHORIZATION TO USE CASH COLLATERAL having been heard pursuant to due notice on February 25, 2009 (attached as Exhibit A) notice is hereby given that a final hearing to consider the Debtor's Motion to Use Cash Collateral and the entry of FINAL ORDER AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL attached hereto as Exhibit "B" shall be held in Courtroom No. 642 in the United States Bankruptcy Court, for the Northern District of Illinois, Eastern Division, located at 2l9 South Dearborn, Chicago, Illinois on March 24, 2009 at 10:30 a.m..
.
     The hearing on approval may be continued from time to time by announcement in open court without further written notice.

                                                 /s/ Michael J. Davis
                                                 Michael J. Davis
                                                 Attorney for Debtor

Michael J. Davis (#6197896)
Springer, Brown, Covey Gaertner & Davis
400 S. County Farm Rd., St. 330
Wheaton, IL 60187
Ph.     (630)510-0000

CERTIFICATE OF SERVICE

     The undersigned, an attorney, certifies that a copy of the foregoing was served upon the parties listed on the Service List by depositing a copy thereof by electronic filing where indicated or by U.S. Mail on March 6, 2009.
                                                 s/ Michael J. Davis

**Service List**
**Capones Hideaway Lodge Inc**
**09-4937**

U.S Trustee's Office
219 S. Dearborn, Rm. 873
Chicago, Ill. 60606
*(Via Electronic Service)*

Capones Hideaway Lodge Inc.
35 W 337 Riverside Dr.
St. Charles, Ill. 60174

D. Patrick Mullarkey
Tax Division
PO Box 55, Ben Franklin Station
Washington, DE  20044

United States Attorney
219 S. Dearborn St.
Chicago, Ill. 60604

Associate Area Counsel, SB/SE
Internal Revenue Service
200 W. Adams St., Ste. 2300
Chicago, IL 60606

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602

Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0338

Illinois Department of Revenue
100 W. Randolph, St. 7-499
Chicago, IL 60601


Advance Me Inc.
2015 Vaughn Rd.
Bldg. 500
Kennesaw, GA 30144

Al Capone Distributing
35W333 Riverside Dr.
Saint Charles, IL 60174

American Express
70400 AXP Financial Center
Minneapolis, MN 55474

General Refrigeration
651 Martin Dr.
South Elgin, IL 60177

Gift Box Corp.
305 Veterans Blvd.
Carlstadt, NJ 07072

Groot Industries
1995 Powis Rd.
West Chicago, IL 60185

Illinois Dept Employment Security
Chicago Region - Revenue
527 S. Wells Street, Suite 100
Chicago, IL 60607

Marberry Cleaners
315 E. Main St.
Saint Charles, IL 60174

Michael Masher
40W659 Wild Briar Ln.
Elgin, IL 60124

Tri Mark Mailing
6100 W. 73rd St., Suite 1
Chicago, IL 60638

US Food Service
800 Supreme Dr.
Bensenville, IL 60106

Valley Community Bank
620 E. Main St.
Saint Charles, IL 60174

William and Claudia Brooks
35W333 Riverside Dr.
Saint Charles, IL 60174

Faith Dolgin
Illinois Attorney General's Office
100 W. Randolph St., 13th Floor
Chicago, IL  60601

Patrick M. Griffin
GRIFFIN & HOSKINS LLC
40W270B LaFox Road
St. Charles, IL 60175